**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                        Chris Wolpert
Clerk of Court                                April 13, 2018              Chief Deputy Clerk

Roman Santistevan
FCI - Florence
P.O. Box 6000
Florence, CO 81226
#35360-013

**RE:     17-1132, United States v. Santistevan, et al**
Dist/Ag docket: 1:16-CV-01685-REB, 1:07-CR-00435-REB

Dear Appellant:

Enclosed is a copy the court's final order issued today in this matter.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Gregory Allen Holloway
        Judith Smith

EAS/lab